# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NE YORK
## FOLEY SQUARE DIVISION

| | |
|---|---|
| **KIMBERLY JEDLICKA,** | |
| **Plaintiff,** | **CASE NO. 1:22-cv-03869-JPC** |
| **v.** | |
| **GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,** | |
| **Defendant.** | |

## NOTICE OF DEFENDANT'S MOTION TO TRANSFER VENUE

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and Declaration of Melanie Wiltrout and the associated exhibits attached thereto, Defendant Guardian Life Insurance Company of America, by and through its undersigned counsel, will move this Court at the United States Courthouse for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 12D, New York, New York, 10007-1312 before the Honorable John P. Cronan, United States District Judge, for an Order pursuant to 28 U.S.C. § 1404(a) transferring this action to the United States District Court for the Northern District of Mississippi.

**PLEASE TAKE FURTHER NOTICE** that opposition, if any, to the relief sought herein shall be in writing, filed with the Clerk of the District Court and served upon the undersigned no later than fourteen (14) days from the date of service of this Motion.  *See* Local Rule 6.1(b).

Respectfully submitted this the 29th day of June 2022.

{06468270.1}

By:     /s/ Emily C. Burke
        Emily C. Burke, Esq. (ECB-1933)
        MAYNARD, COOPER & GALE, PC
        1901 Sixth Avenue North
        Suite1700
        Birmingham, Alabama 35203
        Telephone: 205-254-1046
        Facsimile: 205-254-1999
        eburke@maynardcooper.com

        *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2022, a true and correct copy of the foregoing has been

served by electronic filing through the CM/ECF system, which will send notice to the parties to

this litigation as follows:

R. Chandler Wilson, Esq.
Eric Buchanan & Associates, PLLC
414 McCallie Avenue
Chattanooga, TN 37402
Tel: (423) 634-2506
Email: cwilson@buchanandisability.com
*Counsel for Plaintiff*

                                /s/ Emily C. Burke
                                Emily C. Burke, Esq.

The motion is denied without prejudice for failure to comply with Individual Rule 6(A).  The Clerk of Court is respectfully directed to close the motion pending at Docket Number 12.

SO ORDERED.
Date: July 1, 2022

      New York, New York

                        JOHN P. CRONAN
                        United States District Judge

{06468270.1}